# EXHIBIT A

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF PAGES 2

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

1. DATE OF ORDER: 15 Mar 2006
2. CONTRACT NO. *(if any)*: GS07F0718N
3. ORDER NO.: RA134106NC0649
4. REQUISITION/REFERENCE NO.: NB194000-6-01056
5. ISSUING OFFICE *Address correspondence to:* AJ730004
   U.S. DEPT. OF COMMERCE - BOULDER LABS
   ACQUISITION MANAGEMENT DIVISION /MC3
   325 BROADWAY
   BOULDER, CO 80305
   RHONDA R. NELSON (303) 497-3487

6. SHIP TO: NB194012
   a. NAME OF CONSIGNEE: NIST 194 — Ult Dest: NB194012
   b. STREET ADDRESS: Division 194, 325 Broadway
   c. CITY: Boulder
   d. STATE: CO
   e. ZIP CODE: 80305-3328
   f. SHIP VIA

7. TO: 00003913 — TIN: 521877484
   a. Name of Contractor: BALDWIN TECHNOLOGIES, INC. — DUNS: 849381363
   b. Company Name
   c. Street Address: 4907 NIAGARA RD STE 206
   d. City COLLEGE PARK — e. State MD — f. Zip 207401100

8. TYPE OF ORDER
   - [ ] a. PURCHASE — REFERENCE YOUR: Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.
   - [X] b. DELIVERY — Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION — BOC: — OBLIGATED AMT: $2,395,869.00
   570619458620000307010200001190194000000025990000
10. REQUISITIONING OFFICE: Christian Colburn

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
   - [X] a. SMALL
   - [ ] b. OTHER THAN SMALL
   - [ ] c. DISADVANTAGED
   - [ ] d. WOMEN-OWNED

12. F.O.B. POINT: DESTINATION
13. PLACE OF: a. INSPECTION: NB194012 — b. ACCEPTANCE: NB194012
14. GOVERNMENT B/L NO.
15. DELIVER TO F.O.B. POINT ON OR BEFORE: 31 Aug 2006
16. DISCOUNT TERMS: 00.00% 0 Days, Net 30

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QTY ACCEPT. (g) |
|---|---|---|---|---|---|---|
| 0001 | Provide, in accordance with the attached Statement of Work, one (1), Satcon Equipment, RUPS 2200KVA, at 13.2KV Output, for the National Institute of Standards and Technology, Boulder, CO campus per special item number 383-12 of GSA contract no. GS-07F-0718N and Baldwin Technology Inc.'s proposal dated February 14, 2006. | 1 | EA | 1,504,601.00 | 1,504,601.00 | |

18. SHIPPING POINT
19. GROSS SHIPPING WEIGHT
20. INVOICE NO.
17(h) TOTAL (Cont. pages)

BILLING INSTRUCTIONS
21. MAIL INVOICE TO:
   a. NAME: U.S. DOC/NIST/Accounts Payable Office
   b. STREET ADDRESS *(or P.O. Box)*: 100 Bureau Drive, Mail Stop 1621, Bldg. 101 - Room A836
   c. CITY: Gaithersburg
   d. STATE: MD
   e. ZIP CODE: 20899-1621

17(i) GRAND TOTAL: US$ 2,395,869.00

22. UNITED STATES OF AMERICA BY *(Signature)*: Janet L. Clark for
23. NAME *(Typed)*: DANIEL R. GOMEZ (303) 497-5133
*(TITLE CONTRACTING/ORDERING OFFICER)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

# ORDER FOR SUPPLIES OR SERVICES - Continuation

| PAGE | OF PAGES |
|---|---|
| 2 | 2 |

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. *(if any)* | ORDER NO. |
|---|---|---|
| 15 Mar 2006 | GS07F0718N | RA134106NC0649 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QTY ACCEPT. (g) |
|---|---|---|---|---|---|---|
| 0002 | Switchgear Addition Outdoor Non Walk-in Construction with Fix Mounted Vacuum Breakers | 1 | EA | 94,375.00 | 94,375.00 | |
| 0003 | RUPS Sound Attenuation Enclosure | 1 | EA | 173,312.00 | 173,312.00 | |
| 0004 | Installation of RUPS Systems Power to terminate at upgraded 200 amp overhead Campus Distribution connection | 1 | JB | 357,500.00 | 357,500.00 | |
| 0005 | Rigging of one (1) RUPS System | 1 | JB | 58,531.00 | 58,531.00 | |
| 0006 | Design Engineering | 1 | JB | 112,500.00 | 112,500.00 | |
| 0007 | Program/Project Management | 1 | JB | 25,000.00 | 25,000.00 | |
| 0008 | Delivery | 1 | EA | NOT TO EXCEED 100,000.00 | NOT TO EXCEED 100,000.00 | |
| 0009 | Deduction for Overhead Work | 1 | EA | -29,950.00 | -29,950.00 | |

NSN 75401-01-152-8082 50348-101 OPTIONAL FORM 348 (10-83)

Prescribed by GSA FAR (48 CGR) 53.213(e)

Attachment 1

Statement of Work
Provide and Install an additional UPS into existing NIST Site UPS System

U.S. Department of Commerce, Boulder Laboratories
National Institute of Standards and Technology (NIST)
Engineering, Maintenance, Service and Support Division 194
January 4, 2006

1. **Background**:

   a. NIST'S Engineering, Maintenance, Service and Support Division 194 (EMSS) supports the technical programs of the U.S. Department of Commerce agencies located in the Boulder Laboratories by providing facilities maintenance services. In that context, this Statement of Work is for a single-award contract for an additional Uninterruptible Power System (UPS) to serve a site load of 4.0 MW, expandable to 6.0 MW, at 13.2 kV with a power factor of 0.85 lagging at an elevation of 5500 ft above sea level and located in Boulder, Colorado. This project shall consist of adding an additional Rotary UPS with switchgear and controls that are capable of handling 4.0 MW and will integrate into the existing NIST Site UPS System, as shown in Drawing C-2 Site Plan and Details attached.

2. **Purpose/Scope of Work:**

   a. The purpose is to install an additional Rotary UPS generator backup system for the NIST site. The actual requirements for the equipment shall be provided by the manufacturer.

   b. The site design shall be developed with EMSS engineering for the exact location of the Rotary UPS, the feeder connections to the site power system and the fuel tank system. The Drawing Site Plan and Details for the Site Rotary UPS Installation C-2 shows the approximate location for the additional unit, switchgear, controls and the present 13.2 kV feeders that shall be used in the installation. There is also a double manhole that shall be utilized for the Feeder distribution and a proposed tank farm location for fuel.

   c. The Rotary UPS and backup generation shall be designed in a modular fashion with provisions for future expansion by adding additional modules. The UPS and backup generation shall be designed and sized to supply a load of 4.0 MW at 13.2 kV with a power factor of 0.85 lagging at an elevation of 5500 ft above sea level and located in Boulder, Colorado.

   d. The generation source shall be diesel engine driven and may consist of multiple engines and generators. The manufacturer of the engine shall be by a company having

local service facilities within 100 miles of Boulder, Colorado.

e. The engine cooling and exhaust systems shall be designed to minimize the audible noise emissions. The noise level from the container or a building housing the UPS system shall not exceed 75 db 10 feet from the container or building.

f. The UPS shall be designed and sized to carry the load for a duration long enough, and with adequate margin (determined by the Manufacturer), for the backup generation source to startup. The output of the Rotary UPS system shall have power conditioning at all times no matter the connection to the Utility or the backup generators.

g. The UPS system shall function at all times to reduce all input voltage variations from the utility source to be within the CBEMA curve envelope at the load.

3. **SCHEDULE**
   a. Installation of the additional UPS **will not commence** until a schedule has been turned into the Government and the Government approves it.
      i. All schedules shall be completed using MS-Project 98 or greater.

4. **FUEL SYSTEM**

   a. The backup generation shall be designed with an integral fuel tank(s) for each generator suitable for 20 hours of operation at full load without refueling. The Manufacturer of the equipment selected shall specify, design, and supply all equipment necessary for the complete fuel system including all fuel storage sub tanks and "day" tanks, pumps, piping, valves and controls. This is a general guideline for the equipment specifications.

   b. The fuel system shall be designed so that the sub fuel tanks can be serviced by a tanker truck.

   c. All codes pertaining to containment shall be followed.

5. **BYPASSING**

   a. The UPS and backup generation system shall have provisions for bypassing and isolation for the purpose of maintaining the equipment.

   b. The bypassing means shall transfer the load between the UPS and backup generation system to the utility source. All bypassing shall be a closed transition such that the load will not be interrupted during any switching action.

6. **ENCLOSURES AND BUILDING REQUIREMENTS**

a. The contractor shall decide if the Rotary UPS system shall be containerized in individual weatherproof containers or if a building will be designed and constructed to house the equipment.

7. **Contractor Requirements:**

a. **General:** Construction documents furnished with this **Statement of Work** are narratives Drawings and sketches.

b. The following documents will be furnished:

Statement of Work
Drawing C-2 Site Plan and Details Rotary UPS
NIST Site Policies for Contractors

8. **Specification and Standards**

a. The design and installation work shall be in accordance with all applicable provisions of appropriate codes and standards, including but not limited to: Uniform Building Code and Standards, Volumes 1, 2, and 3; Uniform Fire Code and Standards and their Appendices, Volumes 1 and 2; Flammable and Combustible Liquids Code and all associated Appendices National Electric Code (NFPA-70) and applicable IEEE Standards.

b. Word Processing: **ALL DOCUEMENTS SUBMITTED FOR THIS PROJECT WILL USE MS-WORD**

c. All drawings shall be completed using AutoCAD 2000 or higher.

d. Design Reviews are required at 30% and 95%. Each review shall require 6 copies of the review documents.

e. Project meeting shall be required. The frequency of the meeting shall be determined by consulting the project COTR.

f. The contractor shall complete the project by April 3. 2006.

9. **Quality Control:** The contractor shall perform its work in a manner consistent with professional skill and care, with a combination of preventative, assessment, and corrective activities sufficient to ensure the quality of its work, to the satisfaction of the Government.

a. The contractor is responsible for all testing and inspections of its work.
b. The contractor shall provide a copy of all test and inspection reports to the Government.

i. The contractor is responsible for correcting all deficiencies at no additional cost to the Government.
ii. The correction of deficiencies must be done within the timeframe laid out by the schedule and does not warrant a time extension to the contract.

10. **Safety**

a. Contractor is to provide a written job specific safety plan and job hazard analysis to the COTR prior to site mobilization and pre-job conference.

11. **ACCEPTANCE TESTING AFTER INSTALLATION**

a. Verify that the installation conforms to the Manufacturer's recommendations.

b. Make all required final adjustments to equipment.

c. Perform a complete, no-load, functional test of the equipment to determine that the equipment has suffered no impairment to performance since factory tests were completed.

d. Utilizing contractor-supplied and connected load banks, repeat the tests performed at the factory under no-load, 50% load, 100% load and 125% load for five minutes each step. The following measurements shall be made during each test:

e. Input voltage, current, power factor, kW, kvar, and frequency; Output voltage, current, power factor, kW, kvar, and frequency.

f. During testing, measure and record the audible noise levels around the UPS building.

g. Demonstrate the successful transfer to bypass and the isolation of each module.

h. During testing, measure and record the vibration of each backup generator source and any other rotating equipment.

i. Measure and record the harmonic voltage distortion spectrum and total harmonic voltage distortion for each individual module.

j. All redlines and project documents shall be turned over to the Government including the electronic copies of the drawings and the text documents.

k. A project book (3 copies) shall be completed that will provide project equipment cut sheets catalogs and operating instructions.

Attachment 1

l. 40 hours of training shall be provided to NIST personnel to learn and be able to work on the equipment. ( 6 people)

m. An equipment list with recommended maintenance schedules are to be provided to the Government for use by the Maximo team. Establish what information is needed by the team.

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF PAGES 3

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

1. DATE OF ORDER: 17 Sep 2004
2. CONTRACT NO. *(if any)*: GS07F0718N
3. ORDER NO.: RA1341044B0678
4. REQUISITION/REFERENCE NO.: NB361000401218
5. ISSUING OFFICE *Address correspondence to:* AJ730004
   MASC ACQUISITION MANAGEMENT DIVISION
   MC3
   325 BROADWAY
   BOULDER, CO 80305-3328
   Robert R. Mecklenburg (303) 497-3657

6. SHIP TO: DOC-NIST
   a. NAME OF CONSIGNEE: See Block 10 — Ult Dest: NB361
   b. STREET ADDRESS: Building 22, 325 Broadway
   c. CITY: Boulder  d. STATE: CO  e. ZIP CODE: 80305-3328
   f. SHIP VIA

7. TO: 00003213  TIN: 521877484
   a. Name of Contractor: BALDWIN TECHNOLOGIES, INC  DUNS: 849381363
   b. Company Name
   c. Street Address: 4907 NIAGARA RD
   d. City COLLEGE PARK  e. State MD  f. Zip 207401100

8. TYPE OF ORDER
   [ ] a. PURCHASE
   REFERENCE YOUR:
   Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.
   [X] b. DELIVERY
   Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION  BOC:  OBLIGATED AMT: $3,246,165.00
   5704361185500098060409000010303610000000025990000

10. REQUISITIONING OFFICE: Chris Colburn, EMSS

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
   [X] a. SMALL  [ ] b. OTHER THAN SMALL  [ ] c. DISADVANTAGED  [ ] d. WOMEN-OWNED

12. F.O.B. POINT: SEE SCHEDULE
13. PLACE OF: a. INSPECTION  b. ACCEPTANCE
14. GOVERNMENT B/L NO.
15. DELIVER TO F.O.B. POINT ON OR BEFORE: 30 May 2005
16. DISCOUNT TERMS: 00.00% 0 Days; Net 30

**17. SCHEDULE *(See reverse for Rejections)***

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QTY ACCEPT. (g) |
|---|---|---|---|---|---|---|
| | Items 0001, and 0002, and 0003 only awarded at this time. | | | | | |
| 0001 | Provide in accordance with the attached statement of work a 1 module SATCON rotary 2200 KVA uninterruptible power supply (RUPS) rated at 13.2 KV output for the NIST Boulder campus per special item number 383 12 of the contract and BTI quote dtd 9/13/04. FOB origin. | 1 | EA | 1,504,601.00 | 1,504,601.00 | |

SEE BILLING INSTRUCTIONS ON REVERSE

18. SHIPPING POINT
19. GROSS SHIPPING WEIGHT
20. INVOICE NO.
21. MAIL INVOICE TO:
   a. NAME: DOC/NIST
   b. STREET ADDRESS *(or P.O. Box)*: 100 Bureau Drive; Mail Stop 3731, Bldg 101 Rm A 836 ATTN: Accounts Payable
   c. CITY: Gaithersburg  d. STATE: MD  e. ZIP CODE: 20899-3731

17(h) TOTAL (Cont. pages)
17(i) GRAND TOTAL: US 3,246,165.00

22. UNITED STATES OF AMERICA BY *(Signature)*: Daniel R. Gomez
23. NAME *(Typed)*: Daniel R. Gomez (303) 497-5133
*(TITLE CONTRACTING/ORDERING OFFICER)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

OPTIONAL FORM 347 (REV. 6/95)
Prescribed by GSA/FAR 48 CFR 53.213(e)

## ORDER FOR SUPPLIES OR SERVICES - Continuation

PAGE 2 OF PAGES 3

**IMPORTANT: Mark all packages and papers with contract and/or order numbers.**

| DATE OF ORDER | CONTRACT NO. *(if any)* | ORDER NO. |
|---|---|---|
| 16 Sep 2004 | GS07F0718N | RA1341044B0678 |

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QTY ACCEPT. (g) |
|---|---|---|---|---|---|---|
| 0002 | Ancillary Services under special item number 412 50 for the installation of item 0001 per BTI quote dtd 9/013/04 including AA1-1) PDS-3 & PDS-5 | 1 | JB | 1,691,189.00 | 1,691,189.00 | |
| 0003 | Freight for Item 0001 | 1 | JB | NTE 50,375.00 | 50,375.00 | |
| | | | | Total of items 0001 + 0002 + 0003 | 3,246,165.00 | |
| 0004 | Option item to provide in accordance with the attached statement of work a 2nd module SATCON rotary 2200 KVA uninterruptible power supply (RUPS) rated at 13.2 KV output for the NIST Boulder campus per special item number 383 12 of the contract and BTI quote dtd 9/13/04. FOB origin. | 1 | EA | 1,504,601.00 | 1,504,601.00 | |
| 0005 | Option item for Ancillary Services under special item number 412 50 for the installation of item 0004 per BTI quote dtd 9/013/04 | 1 | JB | 371,672.00 | 371,672.00 | |
| 0006 | Option item for freight for item 0004 | 1 | JB | NTE 50,375.00 | 50,375.00 | |
| | | | | Total of option items 0004 + 0005 + 0006 | 1,926,648.00 | |

Not to exceed (NTE) to be billed based upon actual costs

**52.252-2 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): http://www.arnet.gov/far/ (End of clause)

**52.217-7 OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)**

**52.232-16 I PROGRESS PAYMENTS (DEC 2002)--ALTERNATE I (Apr 2003)**

**52.247-32 F.O.B. ORIGIN, FREIGHT PREPAID (JUN 1988)** Applies to line items 0001, 0003, 0004, and 0006 only