# EXHIBIT B

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, & 30*

1. REQUISITION NUMBER: N/A

PAGE 1 OF 49

2. CONTRACT NO.: Upon execution, number [redacted]pear on Page 1A.

3. AWARD/EFFECTIVE DATE: Upon execution, date will appear on Page 1A.

4. ORDER NUMBER: N/A

5. SOLICITATION NUMBER: Refresh Number 6 7FXP-D4-01-0539-B

6. SOLICITATION ISSUE DATE: January 1, 2003

7. [redacted]R SOLICITATION [redacted]ORMATION CALL→ a. NAME: Helen Carter, 7FCB-T6; Cheryl Goff, 7FCI-S5

b. TELEPHONE NUMBER *(No collect calls)*: 817-978-8660; 817-978-8608

8. OFFER DUE DATE/LOCAL TIME: N/A

9. ISSUED BY — CODE

GSA, General Products Acquisition Center (7FC)
819 Taylor Street, Room 6A24
Fort Worth, TX 76102-6114

*Address offers to the address above.*

*Complete shaded boxes on this page.*

10. THIS ACQUISITION IS: See Attachments
☐ UNRESTRICTED
☐ SET ASIDE: % FOR
☐ SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☐ 8 (A)

NAICS: See Attachments

SIZE STANDARD: See Attachments

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE

12. DISCOUNT TERMS: Minimum: Net 30 Days; Other: __1__%__10__Days

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION: ☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO — CODE

To be shown on each order issued under any contract resulting from this solicitation.

16. ADMINISTERED BY — CODE

See attached Page 1A of any contract resulting from this solicitation.

17a. CONTRACTOR/OFFEROR NAME AND ADDRESS — CODE — FACILITY CODE

Baldwin Technologies, Inc.
4907 Niagara Road, Suite 206
College Park, Maryland 20740

T[redacted]NE NO.301-345-8977 FAX NO. 301-345-9538 DUNS: 849381363

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE

See Block 15.

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|

Do not complete Blocks 19 through 24, see schedule of supplies/items/services in the products/services attachments.

(Attach Additional Sheets as Necessary)

25. ACCOUNTING AND APPROPRIATION DATA: See Block 15

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*: Indefinite

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _2_ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☒ 29. AWARD OF CONTRACT: REFERENCE __________ OFFER DATED __________. YOUR OFFER ON SOLICITATION (BLOCK 5) INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: See attached continuation page(s) beginning on Page 1A.

30a. SIGNATURE OF OFFEROR/CONTRACTOR: [signature] Pres.

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*: Mark H. Baldwin, President

30c. DATE SIGNED: 8-11-03

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER): Upon execution, signature will appear on Page 1A.

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*

31c. DATE SIGNED

32a. QUANTITY IN COLUMN 21 HAS BEEN ☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE [redacted]

32c. DATE

33. SHIP NUMBER — PARTIAL — FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION (LOCAL DEVIATION)

SEE REVERSE FOR OMB CONTROL NUMBER AND PAPERWORK BURDEN STATEMENT

STANDARD FORM 1449 (10-95) Prescribed by GSA - FAR (48 CFR) 53.212

Standard Form 1449, Contract for Commercial Items (Cont'd) Page 1A
**Baldwin Technologies, Inc.**
Contract Number **GS-07F-0718N**

Baldwin Technologies, Inc.'s proposal dated 3-11-03 and Baldwin Technologies, Inc.'s **Final Revised Proposal** dated 07-28-03 submitted in response to Solicitation No. 7FXP-D4-01-0539-B, for Multiple Award Schedule Solutions and More (SAM) 539, Attachment 10, (this schedule is no longer viable and all contracts are now being awarded and issued to schedule 056 - Buildings and Building Materials/Industrial Services and Supplies) for FSC Group 61, Power Distribution Equipment, Generators, and Batteries, is hereby accepted by the Government, for Special Item Numbers (SIN) 383-2, 412-51, and 412-52; for the **contract period** beginning **08/01/03 through 07/31/08.**

**Business Size:** Small Dealer.

**SIN's Awarded:** 383-2, 383-4,383-9, 383-12, 412-1C, 412-14, 412-50, 412-51, and 412-52

**MOL:** SIN's 383-2 is $400,000, and 412-50, 412-51 and 412-52is $200,000: at which point the ordering agency should request an additional discount, see FAR 8.404(b)(3)

**PPD:** 1%10, Net 30 days

**f.o.b.** Origin

**Delivery:** 30-120 DARO; Expedited delivery: None; Emergency delivery: None

**Scope:** 50 states, Washington, DC, PR, & Territories

Standard Commercial **Warranty** is applicable.

**Minimum Order:** $100.00

**Guaranteed Minimum** by the Government for the duration of this contract is $2,500.

**Credit Cards** Accepted at Micro Purchase Threshold of $2,500 and below, credit card orders above this amount will be at the descretian of contractor.

**IFF:** "In accordance with Clause 552.238-76, Industrial Funding Fee, the industrial funding fee (IFF) is a separate collection mechanism and any increase or decreases in the fee does not change the price discount relationship. The contractor shall add the prevailing IFF to the net GSA price (price after negotiated discounts are deducted)."

**Award based upon the following Price List:**

- Mitsubishi Uninteruptible Power Supply Systems, Single Phase, Version 6.0, dated January 2002. Mitsubishi Uninteruptible Power Supply Systems, Three Phase, Version 6.0, dated January 2002.
- Katolight Industrial Machinery Equipment Corp. ASCO® 300 Automatic Transfer Switch 15kw-60kw, effective date February 28, 2002 Section 10 List Price 300; SP Series, effective date June 15, 2002 Section 7D, Diesel; 75kw-125kw; 150kw-220kw; 250kw-300kw; 375kw-400kw.
- Blue Ribbon Corp., Domestic Price List, effective January 1, 2003.
- Baldwin Tech Inc. Environmental & Instrumentation Support Products Rate Schedule/Calendar Year 2003, dated June 11, 2003
- SatCon, STARSINE Rotary UPS's, Options, MV STS, & MV SVR dated April, 2003
- C & D Price List for Chargers recognized and accepted by CO on July 28, 2003

**Basic Discount:** 383-2&4 10%, 383-9 – 5%, 383-12 – 5%, 412-1c – 15%, 412-14 - +19%, 412-52 – List

**Quantity Discount:** None

Standard Form 1449, Contract for Commercial Items (Cont'd) Page 1B
**Baldwin Technologies, Inc.**
Contract Number **GS-07F-0718N**

The Economic Price Adjustment clause, 552.216-70, applies to all items awarded herein. The category of customer (MFC) upon which the award is based, and upon which the Price Reduction clause will be activated, is Industrial Customers. Should the MFC be granted deeper discounts than those disclosed in the CSP information, in this proposal, and the Final Revised Proposal (FRP) document, then the Government will be afforded that same additional discount for the length of the contract.

The Government's price/discount advantage shall be no less favorable than the awarded discounts for the length of this contract.

The contract will be administered by the address shown in Block 9 on Page 1, except for administration of the Industrial Funding Fee and Contractor Report of Sales program, which is delegated to:

GSA, FSS, Contract Management Division (2FQ-1)
10Causeway St.
Boston, MA 02222

This award consummates the contract, which consists of the following documents:

(a) the Government's solicitation,
(b) your proposal, all applicable clarification letters, e-mails, and the FRP
(c) this award/contract.

SCHERYL McBRIDE
TYPED NAME OF CONTRACTING OFFICER

Scheryl McBride
SIGNATURE: (United States of America)
7-30-03
07/30/03
DATE SIGNED:

**FINAL REVISED PROPOSAL**
SOLICITATION 7-FXP-D4-01-0539
(New schedule number is 056 new
SOLICITATION is 7-FCI-F8-03-0056)

PAGE 1C

Baldwin Technologies, Inc.
4907 Niagara Rd., STE 206
College Park, MD 20740
PHONE: 301-345-8977 (xt. 101) FAX: 301-345-9538

**Authorized Negotiators:**
Mark Baldwin, Pres. or Paul Roach

This is Baldwin Technologies Final Revised Proposal for our offer dated 3-11-03 as negotiated between Mr. Mark Baldwin and Mr. Paul Roach, representing Baldwin Technologies. Inc. and Ms. Scheryl McBride CO, on July 25, 2003.

**PPD** – 1% 10, Net 30 days

**SIN's** to be **Awarded–** 383-2, 383-4, 383-9, 383-12, 412-1C, 412-14, 412-50, 412-52

**SIN's WITHDRAWN** – 412-99 & 383-7

**BASIC DISCOUNTS** – in a range from +19%-15%

**QUANTITY/VOLUME DISCOUNTS** – None

**DELIVERY** – 30-120 DARO

**EXPEDITED DELIVERY:** None

**EMERGENCY DELIVERY:** None

**f.o.b.** – SIN's 412-1c, & 412-14 is Destination; and SIN's 383-2, 383-4, 383-9, 383-12 are f.o.b. Origin

**Scope:** 50 states, Washington, D. C., PR and US Territories (additional freight charges will be required for direct shipment to AK, HI, PR, & Territories – CONUS only)

**Price Lists:**

- Mitsubishi Uninteruptible Power Supply Systems, Single Phase, Version 6.0, dated January 2002. Mitsubishi Uninteruptible Power Supply Systems, Three Phase, Version 6.0, dated January 2002.
- Katolight Industrial Machinery Equipment Corp. ASCO® 300 Automatic Transfer Switch 15kw-60kw, effective date February 28, 2002 Section 10 List Price 300; SP Series, effective date June 15, 2002 Section 7D, Diesel; 75kw-125kw; 150kw-220kw; 250kw-300kw; 375kw-400kw.
- Blue Ribbon Corp., Domestic Price List, effective January 1, 2003.
- Baldwin Tech Inc. Environmental & Instrumentation Support Products Rate Schedule/Calendar Year 2003, dated June 11, 2003
- SatCon, STARSINE Rotary UPS's, Options, MV STS, & MV SVR dated April, 2003
- C&D Price List for Chargers

**MFC** – Industrial Customers

**IFF** – "In accordance with Clause 552.238-76, Industrial Funding Fee, the industrial funding fee (IFF) is a separate collection mechanism and any increase or decreases in the fee does not change the price discount

PAGE 1D

relationship. The contractor shall add the prevailing IFF to the net GSA price (price after negotiated discounts are deducted)."

**ERP Page 2 – Baldwin Technologies, Inc.**

**CREDIT CARDS** – Baldwin Technologies, Inc. will accept the government credit card below the micro purchase authority of $2,500.

**MOL:** SIN **383-2** is $400,000; SIN's **383-4, 383-9, 383-12, & 412-1C** is $100,000; SIN **412-14** is $500,000; SIN's **412-50 & 412-52** is $200,000; at which point the ordering agency should request an additional discount, per FAR 8.404(b)(3).

**MINIMUM ORDER** – Baldwin Technologies will accept a minimum of $100 Per Order. We may accept lesser orders at our discretion.

**GUARANTEED MINIMUM CONTRACT VALUE:** Baldwin Technologies accepts the terms IAW clause I-FSS-106 GUARANTEED MINIMUM, stating that the Government is obligated to order, at a minimum, $2,500 during the period of this contract.

By my signature below I also acknowledge and accept the new IFF Clause 552.238-74, and recognize any contract awarded from my proposal dated 3-11-03 will be modified to include the new IFF clause.

Clause 552.238-74, Industrial Funding Fee and Sales Reporting (Jul 2003) is hereby added to the contract (Full Text Enclosed) and replaces Clause 552.238-74, Contractor's Report of Sales (SEP 99) and Clause 552.238-76, Industrial Funding Fee (SEP 99), which are hereby deleted from the contract.

[signature]

Mr.
Baldwin Technologies, Inc.

7-28-03
Date:

PAGE 1E

**Delete the following clauses:**

552.238-74, Contractor's Report of Sales
552.238-76, Industrial Funding Fee

**Add the following clause to new awards:**

552.238-74, Industrial Funding Fee and Sales Reporting

## 552.238-74 INDUSTRIAL FUNDING FEE AND SALES REPORTING (JUL 2003)

(a) *Reporting of Federal Supply Schedule Sales.* The Contractor shall report all contract sales under this contract as follows:

(1) The Contractor shall accurately report the dollar value, in U.S. dollars and rounded to the nearest whole dollar, of all sales under this contract by calendar quarter (January 1-March 31, April 1-June 30, July 1-September 30, and October 1-December 31). The dollar value of a sale is the price paid by the Schedule user for products and services on a Schedule task or delivery order. The reported contract sales value shall include the Industrial Funding Fee (IFF). The Contractor shall maintain a consistent accounting method of sales reporting, based on the Contractor's established commercial accounting practice. The acceptable points at which sales may be reported include—

(i) Receipt of order;
(ii) Shipment or delivery, as applicable;
(iii) Issuance of an invoice; or
(iv) Payment.

(2) Contract sales shall be reported to FSS within 30 calendar days following the completion of each reporting quarter. The Contractor shall continue to furnish quarterly reports, including "zero" sales, through physical completion of the last outstanding task order or delivery order of the contract.

(3) Reportable sales under the contract are those resulting from sales of contract items to authorized users unless the purchase was conducted pursuant to a separate contracting authority such as a Government wide Acquisition Contract (GWAC); a separately awarded FAR Part 12, FAR Part 13, FAR Part 14, or FAR Part 15 procurement; or a non-FAR contract. Sales made to state and local governments under Cooperative Purchasing authority shall be counted as reportable sales for IFF purposes.

(4) The Contractor shall electronically report the quarterly dollar value of sales, including "zero" sales, by utilizing the automated reporting system at an Internet website designated by the General Services Administration (GSA)'s Federal Supply Service (FSS). Prior to using this automated system, the Contractor shall complete contract registration with the FSS Vendor Support Center (VSC). The website address, as well as registration instructions and reporting procedures, will be provided at the time of award. The Contractor shall report sales separately for each National Stock Number (NSN), Special Item Number (SIN), or sub-item.

(5) The Contractor shall convert the total value of sales made in foreign currency to U.S. dollars using the "Treasury Reporting Rates of Exchange" issued by the U.S. Department of Treasury, Financial Management Service. The Contractor shall use the issue of the Treasury report in effect on the last day of the calendar quarter. The report is available from—Financial Management Service, International Funds Branch, Telephone: (202) 874-7994, Internet: http://www.fms.treas.gov/intn.html

(b) The Contractor shall remit the IFF at the rate set by GSA's FSS.

(1) The Contractor shall remit the IFF to FSS in U.S. dollars within 30 calendar days after the end of the reporting quarter; final payment shall be remitted within 30 days after physical completion of the last outstanding task order or delivery order of the contract.

(2) The IFF represents a percentage of the total quarterly sales reported. This percentage is set at the discretion of GSA's FSS. GSA's FSS has the unilateral right to change the percentage at any time, but not more than once per year. FSS will provide reasonable notice prior to the effective date of the change. The IFF reimburses FSS for the costs of operating the Federal Supply Schedules Program and recoups its operating costs from ordering activities. Offerors must include the IFF in their prices. The fee is included in the award price(s) and reflected in the total amount charged to ordering activities. FSS will post notice of the current IFF at http://72a.fss.gsa.gov/ or successor website as appropriate.

PAGE 1F

(c) Within 60 days of award, an FSS representative will provide the Contractor with specific written procedural instructions on remitting the IFF. FSS reserves the unilateral right to change such instructions from time to time, following notification to the Contractor.

(d) Failure to remit the full amount of the IFF within 30 calendar days after the end of the applicable reporting period constitutes a contract debt to the United States Government under the terms of FAR Subpart 32.6. The Government may exercise all rights under the Debt Collection Improvement Act of 1996, including withholding or setting off payments and interest on the debt (see FAR clause 52.232-17, Interest). Should the Contractor fail to submit the required sales reports, falsify them, or fail to timely pay the IFF, this is sufficient cause for the Government to terminate the contract for cause.

**THE FOLLOWING IS THE FORMAT WHICH MUST BE USED FOR YOUR AUTHORIZED GAS PRICE LIST AS STATED IN CLAUSE I-FSS-600 OF YOUR CONTRACT:**

GENERAL SERVICES ADMINISTRATION
FEDERAL SUPPLY SERVICE
AUTHORIZED FEDERAL SUPPLY SCHEDULE CATALOG/PRICE LIST

On-line access to contract ordering information, terms and conditions, up-to-date pricing, and the option to create an electronic delivery order is available through **GSA** *Advantage!*, a menu-driven database system. The INTERNET address for **GSA** *Advantage!* is **http://www.gsa.gov**.)

SCHEDULE TITLE: Federal Supply Schedule **056 – Buildings and Building Materials/Industrial Services and Supplies**

FSC Group 61, Power Distribution Equipment, Generators, and Batteries

FSC CLASS (ES): 6115, 6130, 6140, R414

CONTRACT NUMBER: GS-07F-0N
CONTRACT PERIOD: 08/01/03 through 07/31/08

CONTRACTOR'S NAME, ADDRESS, TELEPHONE AND FAX NUMBER; E:MAIL AND/OR WEB SITE ADDRESS:

Baldwin Technologies, Inc.
Attn: Mark Baldwin, Pres.
4907 Niagara Rd., STE 206
College Park, MD 20740
Telephone: 301-345-8977
Fax: 301-345-9538
E Mail: markb@baldwintech.com Web Site: www.baldwintech.com

CONTRACTOR'S ADMINISTRATION SOURCE: Mark Baldwin, Pres.

BUSINESS SIZE/TYPE: Small Dealer

INFORMATION FOR ORDERING ACTIVITIES:

1a. TABLE OF AWARDED SPECIAL ITEM NUMBERS (SIN)

| SIN | DESCRIPTION |
|---|---|
| 383-2 | Generators above 6 kw |
| 383-4 | Generator Transfer Switches |
| 383-9 | Battery Monitoring Systems |
| 383-12 | Rotary UPS's |
| 412-1c | Stationary Battery Chargers |
| 412-14 | UPS's |
| 412-50 | Ancillary Services |
| 412-51 | Professional Engineering Services |

1b. LOWEST PRICED MODEL NUMBER AND PRICE FOR EACH SIN:
(Government net price based on a unit of one)

| SIN | MODEL | PRICE |
|---|---|---|
| 383-2 | * | * |
| 383-4 | * | * |
| 383-9 | * | * |
| 383-12 | * | * |
| 412-1c | * | * |
| 412-14 | * | * |
| 412-52 | * | * |

**Contractor to insert*

2. MAXIMUM ORDER PER SIN: 383-4,9,12,412-1c is $100,000; 412-50,52,99 is $200,000; 383-2 - $400,000; and 412-14 is $500,000 (at which point the ordering agency should request an additional discount (See FAR 8.404(b)(3))

*If the "best value" selection places your order over this Maximum Order, you have an opportunity to obtain a better schedule contract price. Before placing your order, contact the aforementioned contractor for a better price. The contractor may (1) offer a new price for this requirement (2) offer the lowest price available under this contract or (3) decline the order. A delivery order that exceeds the maximum order may be placed under the Schedule contract in accordance with FAR 8.404.

3. MINIMUM ORDER: $100 (unless the contractor agrees to accept a smaller order amount)

4. GEOGRAPHIC COVERAGE: 50 States, Washington, DC, PR, & Territories (freight is not included for direct shipment to AK, HI, PR or Territories)

5. POINT(S) OF PRODUCTION: see contractor address above (Prince Georges county)

6. BASIC DISCOUNT: See Attached Pricing containing GSA Approved Prices

7. QUANTITY DISCOUNT(S): None

8. PROMPT PAYMENT TERMS: 1%10, Net 30 days

9a. GOVERNMENT PURCHASE CARD ACCEPTED AT OR BELOW THE MICRO-PURCHASE THRESHOLD ($2,500).

9b. Notification whether Government purchase cards are accepted, or not accepted <u>above</u> the micro-purchase threshold.

10. FOREIGN ITEMS: None

11a. TIME OF DELIVERY: 30-120 days ARO

11b. EXPEDITED DELIVERY: None

11c. OVERNIGHT AND 2-DAY DELIVERY: None

11d. URGENT DELIVERY: When the delivery period above does not meet the customer's bona fide urgent delivery requirements, customers are encouraged, if time permits, to contact the contractor for the purpose of requesting accelerated delivery. The contractor shall reply within 3 workdays after receipt. (Telephonic replies shall be confirmed by the contractor in writing.) If the contractor offers an accelerated delivery time acceptable to the customer, any orders placed pursuant to the agreed upon accelerated delivery time frame shall be delivered within this shorter delivery time and in accordance with all other terms and conditions of the contract.

12. FOB POINT: Origin for SIN's 383-2,4,9,12; f.o.b. Destination for SIN's 412-1C & 412-14

13a. ORDERING ADDRESS: Same as contractor

13b. Ordering procedures: For supplies and services, the ordering procedures, information on Blanket Purchase Agreements (BPA's), and a sample BPA can be found at the GSA/FSS Schedule homepage (fss.gsa.gov/schedules). Contactor is to simply include this statement as Item 13b

14. PAYMENT ADDRESS: Same as Contractor address above

15. WARRANTY PROVISION: Standard Commercial Warranty. Customer should contact contractor for a copy of the warranty.

16. EXPORT PACKING CHARGES: Not applicable

17. TERMS AND CONDITIONS OF GOVERNMENT PURCHASE CARD ACCEPTANCE: Contractor will accept Government Purchase Card for orders of $2,500 or less. Contact contractor for acceptance of larger orders.

18. Terms and conditions of rental, maintenance, and repair (if applicable).

19. Terms and conditions of installation (if applicable).

20. Terms and conditions of repair parts indicating date of parts price lists and any discounts from list prices (if applicable).

20a. Terms and conditions for any other services (if applicable).

21. List of service and distribution points (if applicable).

22. List of participating dealers (if applicable).

23. Preventive maintenance (if applicable).

24a. *Special attributes such as environmental attributes (e.g., recycled content, energy efficiency, and/or reduced pollutants).

24b. If applicable, indicate that Section 508 compliance information is available on Electronicand Information Technology (EIT) supplies and services and show where full details can be found (e.g. contractor's website or other location.) The EIT standards can be found at: www.Section508.gov/.

** Contractor to insert*

25. Data Universal Number System; DUNS NUMBER: 84-938-1363

26. Notification regarding registration in Central Contractor Registration (CCR) database. Databse is available at www.ccr.gov

PAGE 1:K.

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (2002)

(a) (1) [illegible]

(2) [illegible] size standard [illegible]

[illegible] manufacture, is 500 employees.

(b) [illegible]

[illegible]

(2) [illegible] less [illegible] 13 CFR 126 [illegible]

(3) [illegible] provision.] [illegible] concern

[illegible] provision.] [illegible] concern

[illegible] (b)(4) [illegible]

[illegible]

[illegible] the List [illegible] and [illegible] 126;

[illegible] concern [illegible] of the [illegible] signed [illegible]

(c) Definitions. As used in this provision -

[illegible]

(1) [illegible]

[illegible] case of [illegible] or more [illegible] veterans [illegible]

[illegible] service-disabled [illegible] permanent [illegible]

(2) Service-disabled veteran means a veteran, as defined [illegible] 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

"Veteran-owned small business concern" means a small business concern—

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern—

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) *Notice*.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall—

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

F FSS-202-G DELIVERY PRICES (JAN 1994) (LOCAL DEVIATION)

(a) Prices offered must cover delivery as provided below to destinations located within the 48 contiguous States and the District of Columbia.

(1) Delivery to the door of the specified Government activity by freight or express common carriers on articles for which store-door delivery is provided, free or subject to a charge, pursuant to regularly published tariffs duly filed with the Federal and/or State regulatory bodies governing such carrier; or, at the option of the Contractor, by parcel post on mailable articles, or by the Contractor's vehicle. Where store-door delivery is subject to a charge, the Contractor shall (a) place the notation "Delivery Service Requested" on bills of lading covering such shipments, and (b) pay such charge and add the actual cost thereof as a separate item to the invoice.

(2) Delivery to siding at destinations when specified by the ordering office, if delivery is not covered under paragraph (a)(1), above.

(3) Delivery to the freight station nearest destination when delivery is not covered under paragraph (a)(1) or (a)(2), above.

The offeror is requested to indicate below whether or not prices submitted cover delivery f.o.b. destination in Alaska, Hawaii, and the Commonwealth of Puerto Rico, and U.S. territories.

PAGE 1M

| | (Yes) | (No) |
|---|---|---|
| Alaska | | ✓ |
| Hawaii | | ✓ |
| Puerto Rico | | ✓ |
| U.S. Territories (American Samoa, Guam, Virgin Islands) | | |

(c) When deliveries are made to destinations outside the contiguous 48 States, i.e., Alaska, Hawaii, and the Commonwealth of Puerto Rico, and U.S. territories, and are not covered by paragraph (b) above, the following conditions will apply:

(1) Delivery will be f.o.b. inland carrier, point of exportation (FAR 52.247-38) with the transportation charges to be paid by the Government from point of exportation to destination in Alaska, Hawaii, or the Commonwealth of Puerto Rico, or U.S. territories, as designated by the ordering office. The Contractor shall add the actual cost of transportation to destination from the point of exportation in the 48 contiguous States nearest to the designated destination. Such costs will, in all cases, be based upon the lowest regularly established rates on file with the Interstate Commerce Commission, the U.S. Maritime Commission [illegible] by water), or any State regulatory body, or those published by the U.S. Postal Service and [illegible] by paid freight or express receipt or by a statement of parcel post charges including weight of shipment.

(2) The right is reserved to ordering agencies to furnish Government bills of lading.

I-FSS-103 SCOPE OF CONTRACT—WORLDWIDE (JUL 2002)

(a) This solicitation is issued to establish contracts which may be used as sources of supplies or services described herein for domestic and/or overseas delivery.

(b) Definitions—

*Domestic delivery* is delivery within the 48 contiguous states, Alaska, Hawaii, Puerto Rico, Washington, D.C. and U.S. territories. Domestic delivery also includes a port or consolidation point within the aforementioned [illegible] for orders received from overseas activities.

*Overseas delivery* is delivery to points outside of the 48 contiguous states, Washington, DC, Alaska, [illegible] Puerto Rico, and U.S. territories.

Offerors are requested to check one of the following boxes:

☐ Contractor will provide domestic and overseas delivery.
(Refer to clause I-FSS-108, Clauses for Overseas Coverage.)

☐ Contractor will provide overseas delivery only.
(Refer to clause I-FSS-108, Clauses for Overseas Coverage.)

☐ Contractor will provide domestic delivery only.

(c) Resultant contracts may be used on a nonmandatory basis by the following activities: Executive agencies, other Federal agencies, mixed-ownership Government corporations, the District of Columbia, Government contractors authorized in writing by a Federal agency pursuant to 48 CFR 51.1, and other activities and organizations authorized by statute or regulation to use GSA as a source of supply. U.S. territories are domestic delivery points for purposes of this contract. (Questions regarding activities authorized to use this schedule should be directed to the Contracting Officer.)

(1) The Contractor is obligated to accept orders received from activities within the Executive Branch of the Federal Government.

(2) The Contractor is not obligated to accept orders received from activities outside the Executive Branch of the Federal Government; however, the Contractor is encouraged to accept orders from such Federal activities. If the Contractor elects to accept such an order, all provisions of the contract shall apply, including clause

PAGE 1N

# BALDWIN TECHNOLOGIES, INC.

Environmental & Instrumentation Support Products

www.baldwintec.com

JULY 17, 2003

GENERAL SERVICES ADMINISTRATION
GENERAL PRODUCTS ACQUISITION CENTER
ATTN: 7FCI
819 TAYLOR STREET, ROOM 6A24
FORT WORTH, TX 76102-6114

Dear Ms McBride,

Here are copies of Baldwin Technologies, Inc. Mitsubishi pricing based on the Mitsubishi GSA schedule.

Regarding SIN 412-99, currently we are withdrawing from SIN 412-99. The two products have been moved to different SINs, Blue Ribbon to SIN 383-9 and Satcon to SIN 383-12.

If you need anything further please call 301-345-8979x101 or Paul Roach at ext 104.

Regards,

Mark H. Baldwin
Enclosures

4907 Niagara Road, Suite 206 • College Park,Maryland 20740 • 301-345-8977 Phone • 301-345-9538 Fax

**52.212-4 CONTRACT TERMS AND CONDITIONS—COMMERCIAL ITEMS (FEB 2002)**

*Inspection/Acceptance.* The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its postacceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) *Assignment.* The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) *Changes.* Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) *Disputes.* This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) *Definitions.* The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) *Excusable delays.* The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) *Invoice.*

(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include—

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) *Patent indemnity.* The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) *Payment.* Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and OMB prompt payment regulations at 5 CFR part 1315. If the Government makes payment by Electronic Funds Transfer (EFT), see 52.212-5(b) for the appropriate EFT clause. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(j) *Risk of loss.* Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. ~~The contract price includes all applicable Federal, State, and local taxes and duties.~~ The contract price excludes all Federal, State, and local taxes and duties levied on or measured by the contract or sales price of the services or completed supplies furnished under this contract. The Contractor shall state separately on its invoices taxes excluded from the contract price, and the Government agrees either to pay the amount of taxes to the Contractor or provide evidence necessary to sustain an exemption. See FAR clauses 52.229-1, State and Local Taxes; 52.229-3, Federal, State, and Local Taxes; and 52.229-5, Taxes—Contracts performed in U.S. Possessions or Puerto Rico which are incorporated herein by reference. For contracts covering overseas locations, see clause I-FSS-314, Foreign Taxes and Duties.

(l) *Termination for the Government's convenience.* The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) *Termination for cause.* The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) *Title.* Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) *Warranty.* The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) *Limitation of liability.* Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) *Other compliances.* The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) *Compliance with laws unique to Government contracts.* The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) *Order of precedence.* Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

## ADDENDUM TO 52.212-4

**52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) (LOCAL DEVIATION)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

For contract clauses which are contained in the Federal Acquisition Regulation (FAR) the address is http://www.arnet.gov/far/.

For contract clauses which are contained in the General Services Acquisition Manual (GSAM) the address is http://www.arnet.gov/GSAM/gsam.html.

The following clauses are incorporated by reference:

| | |
|---|---|
| 52.229-1 | STATE AND LOCAL TAXES |
| 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES |
| 52.229-5 | TAXES—CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO |
| 52.203-3 | GRATUITIES |
| 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER |
| 52.215-20 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA (ALTERNATE IV) (VARIATION I) |
| 52.215-21 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA—MODIFICATIONS (ALTERNATE IV) (VARIATION I) |
| 52.216-18 | ORDERING |
| 52.216-22 | INDEFINITE QUANTITY |
| 52.219-1 | SMALL BUSINESS PROGRAM REPRESENTATIONS |
| 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES |
| 52.222-24 | PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE REVIEW |
| 52.232-7 | PAYMENTS UNDER TIME-AND-MATERIALS AND LABOR-HOUR CONTRACTS (ALTERNATE II) |
| 52.232-17 | INTEREST |
| 52.242-13 | BANKRUPTCY |

| | |
|---|---|
| 52.247-58 | LOADING, BLOCKING, AND BRACING OF FREIGHT CAR AND TRAILER-ON-FLAT CAR (PIGGYBACK) SHIPMENTS (DEVIATION) |
| 552.211-74 | CHARGES FOR MARKING |
| 552.211-75 | PRESERVATION, PACKAGING, AND PACKING |
| 552.211-77 | PACKING LIST |
| 552.211-82 | NOTICE OF SHIPMENT |
| 552.232-74 | INVOICE PAYMENTS |
| 552.233-70 | PROTESTS FILED DIRECTLY WITH THE GENERAL SERVICES ADMINISTRATION |
| A-FSS-41 | INFORMATION COLLECTION REQUIREMENTS AND HOURS OF OPERATION |
| C-FSS-425 | WORKMANSHIP |
| D-FSS-469 | PARTS |
| D-FSS-471 | MARKING AND DOCUMENTATION REQUIREMENTS PER SHIPMENT |
| D-FSS-477 | TRANSSHIPMENTS |
| E-FSS-522 | INSPECTION AT DESTINATION |
| F-FSS-772 | CARLOAD SHIPMENTS |
| G-FSS-906 | VENDOR MANAGED INVENTORY (VMI) PROGRAM (MAS) |
| G-FSS-907 | ORDER ACKNOWLEDGEMENT |
| G-FSS-910 | DELIVERIES BEYOND THE CONTRACTUAL PERIOD—PLACING OF ORDERS |
| I-FSS-50 | PERFORMANCE REPORTING REQUIREMENTS |
| I-FSS-60 | PERFORMANCE INCENTIVES |
| I-FSS-140-B | URGENT REQUIREMENTS |
| I-FSS-249-B | DEFAULT |
| I-FSS-680 | DISSEMINATION OF INFORMATION BY CONTRACTOR |
| I-FSS-918 | IMPREST FUNDS (PETTY CASH) |

## 52.211-16 VARIATION IN QUANTITY (APR 1984)

(a) A variation in the quantity of any item called for by this contract will not be accepted unless the variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified in paragraph (b) below.

(b) The permissible variation shall be limited to:

__0__ percent increase

__0__ percent decrease

This increase or decrease shall apply to N/A.

## 52.215-6 PLACE OF PERFORMANCE (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, [ X ] intends, [ ] does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| PLACE OF PERFORMANCE (Street Address, City, State, County, Zip Code) | NAME AND ADDRESS OF OWNER AND OPERATOR OF THE PLANT OR FACILITY IF OTHER THAN OFFEROR OR RESPONDENT |
|---|---|
| SEE ATTACHMENT PAGE # 50 | |