# EXHIBIT C

UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
OFFICE OF ACQUISITION AND GRANTS
Mountain Region Acquisition Division
325 Broadway, MC3
Boulder, Colorado 80305-3328

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

June 22, 2007

Baldwin Technologies, Inc.
Attn: Mr. Mark Baldwin
4907 Niagara Road
College Park, MD 20740-1100

Subject: Cure Notice - Order Numbers RA1341-06-NC-0649 and RA1341-04-4B-0678 Against GSA Contract GS07F0718N to Provide and Install a Rotary UPS (RUPS) Generator Backup System for NIST, Boulder, CO

Mr. Baldwin:

You are notified that the Government considers your failure to coordinate and manage the NIST RUPS requirement to comply with the performance schedule established for the subject project as identified and incorporated into Order number RA1341-06-NC-0649 via Modification 0003, and Order number RA1341-04-4B-0678 via Modification 0005 both dated June 1, 2007, a condition that is endangering performance and successful completion of the requirement. Specifically, both modifications revised the performance schedule with completion dates for remaining work. As of this date, completion dates for day tank delivery and set; energize switchgear/XFMRS; and point to point testing have slipped on the performance schedule received by NIST on June 18, 2007 from Baldwin Technologies, Inc. Additionally, your failure to identify a date for equipment power up which NIST needs to coordinate with the campus prior to approval, along with a preventive action plan should a power surge or outage occur on the facility due to this exercise is endangering the successful completion of this project by the completion date of August 17, 2007.

Therefore, unless these conditions are cured within 10 days after receipt of this notice, and the schedule as modified into the above cited orders is complied with,

Exhibit Page 1 of 2

Baldwin Technologies, Inc.
Subject: Cure Notice - Order Numbers RA1341-06-NC-0649 and
RA1341-04-4B-0678 Against GSA Contract GS07F0718N
to Provide and Install a Rotary UPS (RUPS) Generator Backup System
for NIST, Boulder, CO

the Government may terminate for default under the terms and conditions of Federal Acquisition Regulation (FAR) 52.212-4(m).

Written response to this notice or any questions should be directed to the attention of Missy Capitani, Contract Specialist who may be reached at (303) 497-5534.

Nancy M. Gertler

Nancy Gertler
Contracting Officer

cc: NIST, Bryan Faktor
GSA/FAS, Ernie Waugh