# EXHIBIT D

# Baldwin Technologies, Inc.

## Environmental and Instrumentation Support Products

June 29, 2007

United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of Acquisition and Grants
Mountain Region Acquisition Division
325 Broadway, MC3
Boulder, CO 80305-3328

Subject: Response to Cure Notice – Order Numbers RA1341-06-NC-0649 and RA 1341-04-4B-0678 Against GSA Contract GS07F0718N to Provide and Install a Rotary UPS (RUPS) Generator Backup System for NIST, Boulder, CO.

Dear Ms Gertler,

This memo is in response to a letter from you Dated June 22, 2007, received June 28, 2007. Based on our meeting today June 29, 2007 at Building 4, the following points were discussed.

A. Energizing of the Switchgear/XFMRS is scheduled for July 7, 2007, awaiting confirmation from NIST personnel and Satcon Personnel.
B. Day Tank Deliveries – 1st Day Tank is scheduled to arrive July 9, 2007, the 2nd Day Tank is scheduled to arrive July 12, 2007. Installation of both Day Tanks is scheduled for July 16, 2007.
C. Point to point checks will be performed by Satcon as part of the Commissioning Process. Tentatively scheduled to begin July 17, 2007.

Attached please reference CCG Facilities Integration Incorporated, Electrical Energization Procedure, Commissioning Plan, and answers to Jim Burleson's questions regarding risk factor to NIST.

Regards,

Mark H Baldwin
President

4907 Niagara Road, Suite 206 ❒ College Park, MD 20740 ❒ Phone (301) 345-8977 ❒ Fax (301) 345-9538 ❒ www.baldwintec.com

CCG Facilities Integration Incorporated
1500 S. Edgewood Street
Baltimore, Maryland 21227
(410) 525-0010 Fax: (410) 525-1570

**ROTARY UPS SITE ACCEPTANCE TEST**

Project Number: 01029 AND 1284
Project Reference: **NIST BOULDER**
**ROTARY UPS SITE ACCEPTANCE TEST**

# ROTARY UPS SITE ACCEPTANCE TEST

## GENERAL

PURPOSE: Perform a complete, functional test of the equipment prior to connection of the campus loads to determine that the equipment has suffered no impairment to performance since factory tests were completed. Repeat the tests performed at the factory under no-load, 50% load, 100% load and 125% load on utility for five minutes each step. Repeat the tests performed at the factory for load steps up to 1.8 mW while on diesel. The following measurements shall be made during each test:

Input voltage, current, power factor, kW, kvar, and frequency;

Output voltage, current, power factor, kW, kvar, and frequency.

During testing, measure and record the audible noise levels around the UPS building.

Demonstrate the successful transfer to bypass and the isolation of each module.

During testing, measure and record the vibration of each backup generator source and any other rotating equipment.

Measure and record the harmonic voltage distortion spectrum and total harmonic voltage distortion for each individual module.

ESTIMATED DURATION: 24 hours (3 days).

ANTICIPATED RESULT: It is anticipated that the Rotary UPS has not suffered any impairment in transit and installation; that the unit operates within the parameters measured during the factory test. All tests performed at the factory will be repeated at the site under no-load, 50% load, 100% load and at 125% load.

## EFFECT ON OTHER BUILDING SYSTEMS

The Rotary UPS (RUPS) will be isolated from the load at Manhole #3-B. No campus distribution will be powered from the system during testing.

## TEST CONDITIONS

A. DATES AND TIMES: ______________________
______________________
______________________

B. STAFFING

- ☐ Owner's representative. ______________________
- ☐ Engineer. ______________________
- ☐ SatCon Representative ______________________


© All Rights Reserved

- ☐ Baldwin Technologies Representative ____________________
- ☐ Electrical Contractor Representative ____________________

3. SPECIAL TEST EQUIPMENT & DOCUMENTATION REQUIRED:

| | ITEM | QTY | RESPONSIBLE PARTY |
|---|---|---|---|
| ☐ | 2500 KVA 3phase, 13,200-Volt Load Bank | 1 | Riviera Electric |
| ☐ | RPM / BMI power measurement recorder | 2 | Baldwin Technologies |
| ☐ | 2-way radios | 6 | Riviera Electric |
| ☐ | IR Temperature Gun | 1 | SatCon |
| ☐ | Yokagawa ScopeCorder | 1 | SatCon |
| ☐ | RUPS O&M Manual | 1 | SatCon |
| ☐ | Vibration Monitor/Analyzer | 1 | SatCon |
| ☐ | SatCon Revised Drawings | 1 | SatCon |
| ☐ | Sound Level Meter Datalogger | 3 | Baldwin Technologies |

INITIAL CONDITIONS

1. The RUPS will be fed from the Pad mounted switch at M.H. #!-B through M.H. #2 and M.H. #3-B. The source power is connected to PDS-1 at the RUPS Site. See Diagram #1 and #2 on following pages.
2. All switches in PDS-1 are normally closed.
3. At the Rotary System Switchgear, breaker UDCB is closed; breaker BPCB, breakers ICCB1, ICCB2 and breakers LBCB1 and LBCB2 are open.
4. The Rotary UPS (RUPS) is offline.

E. PREPARATION

2. Contractor to set breaker relays in accordance with Coordination Study provided by Engineer. Provide report.
3. Contractor to hi-pot completed cable assemblies. Provide report.
4. SatCon to verify proper installation of components and subsystems. Verify point-to-point connection of power and control wiring.
5. SatCon to verify that all ancillary equipment has been tested and is in operation: battery chargers, day tank, fuel system monitoring and controls, engine auxiliaries.
6. Baldwin Technologies to provide factory test reports on inductor and transformer.
7. NIST Engineering to coordinate with utility for relief of demand usage for test period, if feasible.
8. NIST Engineering to provide notification of testing as required.
9. NIST Engineering to verify the configuration of the campus electrical distribution.
10. NIST Engineering to verify that proposed load for RUPS is configured as intended.


© All Rights Reserved

## DETAIL 1 – PARTIAL CAMPUS ELECTRICAL DISTRIBUTION





© All Rights Reserved

**DETAIL 2 – ROTARY UPS SYSTEM ONE-LINE DIAGRAM**





© All Rights Reserved

## PROCEDURE

A. PRE-STARTUP PROCEDURES

1. Verify control power at PCS Control Cabinet.
2. Verify that all safety shields are in place.
3. Verify that all personnel are wearing hearing protection, as required.
4. Verify input power to engine control module (24v dc).
5. Connect load bank to PDS-4. Provide auxiliary power for fans, if required.
6. Connect test equipment as required.
7. Verify RUPS area free from personnel.
8. Verify RUPS area has no loose items on machines.
9. Verify other personnel working in area are aware of power application and advised of need for safety glasses and of voltage and power levels involved.
10. Verify the absence of condensation or other conductive contamination on circuit under test, and on any test equipment to be used.
11. Verify that the area is clear of debris and obstacles, and that ready access is available to the switchgear and RUPS enclosure.
12. Verify e-stop button / master switch/ breaker is within reach of operator.
13. Verify all fluids are at correct levels.
14. Ensure the engine block heater has been running for approximately 8 hours. Record coolant temperature.
15. Install the RPM Meters to record input and output voltages and currents via installed PT and CT circuits.

B. INSTRUMENTATION SETUP

1. Turn on control power to both the NIST PCS cabinets.
2. Set up the RPM meters to monitor for the expected testing interval.
3. Set up sound level meters to record sound levels around generator enclosure during test.

C. STARTUP OF SINGLE UPS MODULE

1. At the Medium Voltage Switchgear, close breaker BPCB. Verify that the loadbank is powered.
2. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
3. At the PCS for RUPS #1, press "Start". The system sequentially closes ICCB1, starts converters, closes SSCB, starts the flywheel/IMG spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 then opens BPCB and goes on the utility grid.
4. System is in Normal Mode for one module. Use Yokogawa ScopeCorder to record relevant waveforms.
5. Perform test on all safety circuits for RUPS. Verify that all safeties operate as intended.
6. At the loadbank, set the load to 1500 kW.
7. At the PCS for RUPS #1, manually transfer the RUPS to Engine by pressing the Diesel Test Mode. The engine will start, come up to speed and pick up the load via the overrunning clutch. The system will open breaker ICCB1. At the PanelView for RUPS #1, follow these steps: Normal Interface -> Main Menu -> Engineering Interface 1 ->


© All Rights Reserved

Testing Screen -> UPS. The unit enters UPS mode, ICCB1 is opened right away, and the engine starts 2 seconds after the UPS mode is entered. The engine will come up to speed and pick up the load via the overrunning clutch.

8. At the PCS for RUPS #1, manually transfer the RUPS to Utility by pressing the End Diesel Test Mode. The system will close breaker ICCB1.The engine will disengage and go into cooldown mode. The flywheel accelerates to 1980 rpm. At the Panelview for RUPS #1, follow these steps: Testing Screen -> Back On Grid. The unit synchronizes with the grid and then closes ICCB1.
9. At the Medium Voltage Switchgear, open breaker UDCB to disconnect the RUPS from the grid. The unit will open ICCB1 and enter the UPS mode after UDCB is opened. After 2 seconds, the engine will start and run up to speed. The load will be unaffected by the loss of utility.
10. Add load to verify the load limit during engine operation.
    a. Record output voltage, current, power factor, kW, kVAR and frequency at full load on the engine.
    b. Record vibration data for all sensors – use separate sensor record sheet to enter readings at full load on the engine.
11. At the Medium Voltage Switchgear, close breaker UDCB. Verify that RUPS synchronizes with the utility, closes breaker ICCB1 and the engine runs for the prescribed cool down period. The flywheel accelerates to 1980 PM.
12. Transfer to bypass by pushing "Stop" on the Panelview. Breaker BPCB will close, then breaker LBCB1 and breaker ICCB1 will open and the flywheel will spin down.
13. Reduce the load on the loadbank to 50 kW.
14. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
15. At the PCS for RUPS #1, press "Start". The system sequentially closes ICCB1, starts converters, closes SSCB, starts the flywheel/IMG spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 then opens BPCB and goes on the utility grid.
16. Push EMERGENCY POWER OFF button. Verify that breaker BPCB closes then breaker LBCB1 and breaker ICCB1 open and the braking resistor is engaged. Measure the time for spindown of flywheel to 100 rpm.
17. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
18. At the PCS for RUPS #2, press "Start". The system sequentially closes ICCB2, starts converters, closes SSCB, starts the flywheel/IMG spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB2 then opens BPCB and goes on the utility grid.
19. System is in Normal Mode for one module. Use Yokogawa ScopeCorder to record relevant waveforms.
20. Perform test on all safety circuits for RUPS. Verify that all safeties operate as intended.
21. At the loadbank, set the load to 1500 kW.
22. At the PCS for RUPS #2, manually transfer the RUPS to Engine by pressing the Diesel Test Mode. The engine will start, come up to speed and pick up the load via the overrunning clutch. The system will open breaker ICCB2. At the PanelView for RUPS #2, follow these steps: Normal Interface -> Main Menu -> Engineering Interface 2 -> Testing Screen -> UPS. The unit enters UPS mode, ICCB2 is opened right away, and


© All Rights Reserved

the engine starts 2 seconds after the UPS mode is entered. The engine will come up to speed and pick up the load via the overrunning clutch.

23. At the PCS for RUPS #2, manually transfer the RUPS to Utility by pressing the End Diesel Test Mode. The system will close breaker ICCB2.The engine will disengage and go into cooldown mode. The flywheel accelerates to 1980 rpm. At the Panelview for RUPS #2, follow these steps: Testing Screen -> Back On Grid. The unit synchronizes with the grid and then closes ICCB2.
24. At the Medium Voltage Switchgear, open breaker UDCB to disconnect the RUPS from the grid. The unit will open ICCB2 and enter the UPS mode after UDCB is opened. After 2 seconds, the engine will start and run up to speed. The load will be unaffected by the loss of utility.
25. Add load to verify the load limit during engine operation.
    c. Record output voltage, current, power factor, kW, kVAR and frequency at full load on the engine.
    d. Record vibration data for all sensors – use separate sensor record sheet to enter readings at full load on the engine.
26. At the Medium Voltage Switchgear, close breaker UDCB. Verify that RUPS synchronizes with the utility, closes breaker ICCB2, the engine runs for the prescribed cool down period. The flywheel accelerates to 1980 PM.
27. Transfer to bypass by pushing "Stop" on the Panelview. Breaker BPCB will close, then breaker LBCB2 and breaker ICCB2 will open and the flywheel will spin down.
28. Reduce the load on the loadbank to 50 kW.
29. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
30. At the PCS for RUPS #2, press "Start". The system sequentially closes ICCB2, starts converters, closes SSCB, starts the flywheel/IMG spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB2 then opens BPCB and goes on the utility grid.
31. Push EMERGENCY POWER OFF button. Verify that breaker BPCB closes then breaker LBCB2 and breaker ICCB2 open and the braking resistor is engaged. Measure time for spindown of flywheel to 100 rpm.

**Remarks:**

| START: | | END: |
|---|---|---|
| **AGENT** | **ENGR** | **OWNER** |
| | | |

D. STARTUP OF DUAL UPS SYSTEM

1. At the Medium Voltage Switchgear, verify that breaker BPCB is closed. Verify that the loadbank is powered.
2. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
3. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
4. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts


© All Rights Reserved

converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.

5. System is in Normal Mode for two modules. Use Yokogawa ScopeCorder to record relevant waveforms.
6. At the loadbank, set the load to 2500 kW.
7. At the PCS for RUPS #1, manually transfer the RUPS to Engine by pressing the Diesel Test Mode. The engines will start, come up to speed and pick up the load via the overrunning clutch. The system will open breaker ICCB1 and ICCB2. At the PanelView for RUPS #1,, follow these steps: Normal Interface -> Main Menu -> Engineering Interface 1 -> Testing Screen -> UPS. The system enters UPS mode, ICCB1 and ICCB2 are opened right away, and the engines start 2 seconds after the UPS mode is entered. The engines will come up to speed and pick up the load via the overrunning clutch.
8. At the PCS for RUPS #1, manually transfer the RUPS to Utility by pressing the End Diesel Test Mode. The system will close breaker ICCB1 and ICCB2.The engines will disengage and go into cooldown mode. The flywheels accelerate to 1980 rpm. At Panelview for RUPS #1, follow these steps: Testing Screen -> Back On Grid. Both units synchronize with the grid and then ICCB1 and ICCB2 are closed simultaneously.
9. At the Medium Voltage Switchgear, open breaker UDCB to disconnect RUPS from grid. The units will open ICCB1 and ICCB2 simultaneously and enter the UPS mode after UDCB is opened. After 2 seconds, the engines will start and run up to speed. The load will be unaffected by the loss of utility.
10. At the Medium Voltage Switchgear, close breaker UDCB. Verify that both RUPS synchronize with the utility, and closes breaker ICCB1 and ICCB2. The engines runs for the prescribed cool down period then shut down. The flywheels accelerate to 1980 PM.
11. Transfer to bypass by pushing "Stop" on the Panelview. Breaker BPCB will close, then breakers LBCB1 and LBCB2 and breakers ICCB1 and ICCB2 will open and the flywheels will spin down.
12. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
13. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
14. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
15. Push EMERGENCY POWER OFF button. Verify that breaker BPCB closes then breakers LBCB1 and LBCB2 and breakers ICCB1 and ICCB2 open and the braking resistor for each unit is engaged.
16. At the loadbank, set the load to 0 kW.

**Remarks:**

| START: | | END: |
|---|---|---|
| AGENT | ENGR | OWNER |
| | | |


© All Rights Reserved

E. TRANSITION FROM SINGLE UPS MODE TO DUAL RUPS MODE

1. At the Medium Voltage Switchgear, verify that breaker BPCB is closed. Verify that the loadbank is powered.
2. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
3. At the PCS for RUPS #2, press "Start". The system sequentially closes ICCB2, starts converters, closes SSCB, starts the flywheel/IMG spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB2 then opens BPCB and goes on the utility grid.
4. At the loadbank, set the load to 500 kW.
5. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
6. At the PCS for RUPS #1, press "Start". Verify that the system does not start RUPS #1, since RUPS #2 is already on the grid.
7. At the PCS for RUPS #2, transfer to bypass by pushing "Stop" on the Panelview. Breaker BPCB will close, then breaker LBCB2 and breaker ICCB2 will open and the flywheel will spin down.
8. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
9. Transfer to bypass by pushing "Stop" on the Panelview. Breaker BPCB will close, then breakers LBCB1 and LBCB2 and breakers ICCB1 and ICCB2 will open and the flywheels will spin down.
10. At the loadbank, set the load to 0 kW.

**Remarks:**

| START: | | END: |
|---|---|---|
| **AGENT** | **ENGR** | **OWNER** |
| | | |


© All Rights Reserved

F. TRANSITION FROM DUAL UPS MODE TO SINGLE UPS MODE

1. Verify that the system is in UPS Mode with both RUPS units operating.
2. At the loadbank, set the load to 500 kW.
3. At the PCS for RUPS #2, transfer to bypass by pushing "Stop" on the Panelview. Both units will stop: BPCB will close, then breaker LBCB1, LBCB2, ICCB1, and ICCB2 will open, and the flywheels will spin down.
4. At the PCS for RUPS #1, press "Start". The system sequentially closes ICCB1, starts converters, closes SSCB, starts the flywheel/IMG spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 then opens BPCB and goes on the utility grid.
5. Transfer to bypass by pushing "Stop" on the Panelview. Breaker BPCB will close, then breaker LBCB1 and breaker ICCB1 will open and the flywheel will spin down.
6. At the loadbank, set the load to 0 kW.

**Remarks:**

| START: | | END: |
|---|---|---|
| **AGENT** | **ENGR** | **OWNER** |
| | | |

G. FAILURE MODE – SINGLE UPS MODULE FAILURE IN DUAL UPS MODE

(Failure of a single module will perform the same actions)

1. At the Medium Voltage Switchgear, verify that breaker BPCB is closed. Verify that the loadbank is powered.
2. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
3. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
4. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
5. System is in Normal Mode for two modules.
6. At the loadbank, set the load to 500 kW.
7. Simulate a failure of RUPS #2. Verify that the system closes breaker BPCB and opens breakers LBCB1, LBCB2, ICCB1 and ICCB2, both modules spin down and the failure is noted in the event history.
8. Correct the simulated failure.
9. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
10. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.


© All Rights Reserved

11. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
12. Transfer to bypass by pushing "Stop" on the Panelview. Breaker BPCB will close, then breakers LBCB1 and LBCB2 and breakers ICCB1 and ICCB2 will open and the flywheels will spin down.
13. At the loadbank, set the load to 0 kW.

**Remarks:**

| START: | | END: |
|---|---|---|
| **AGENT** | **ENGR** | **OWNER** |
| | | |

H. FAILURE MODE – ENGINE FAILURE DURING LOSS OF UTILITY

1. At the Medium Voltage Switchgear, verify that breaker BPCB is closed. Verify that the loadbank is powered.
2. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
3. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
4. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
5. System is in Normal Mode for two modules.
6. At the loadbank, set the load to 2000 kW.
7. At the Medium Voltage Switchgear, open breaker UDCB to disconnect RUPS from grid. Simulate a start failure on engine #2. After 2 seconds engine #1 will start and run up to speed. The system will try to ride through the grid event. If an engine fails, the unit will trip out on underspeed fault. Since the system is in dual UPS mode, if either unit trips out on underspeed fault, both units will shut down.
8. Remove start failure for engine #2. Close Breaker UDCB and BPCB.
9. At the loadbank, set the load to 0 kW.

**Remarks:**

| START: | | END: |
|---|---|---|
| **AGENT** | **ENGR** | **OWNER** |
| | | |


© All Rights Reserved

I. FAILURE MODE – BREAKER FAILURE

1. At the Medium Voltage Switchgear, verify that breaker BPCB is closed. Verify that the loadbank is powered.
2. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
3. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
4. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
5. At the loadbank, set the load to 500 kW.
6. Simulate a breaker control failure (fail to open) on breaker ICCB1. Start sequence for Diesel Run Test. Verify that the Breaker Fail to Open causes an emergency shutdown of the system. Upon a breaker control failure, both units will trigger emergency shutdown. BPCB is closed instantaneously, and all other breakers are opened.
7. Restore breaker controls to normal.
8. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
9. Simulate a breaker control failure (fail to close) on breaker BPCB.
10. At the PCS for RUPS #1, initiate a transfer to bypass by pushing "Stop" on the Panelview. Verify that the Breaker Fail to Close causes an emergency shutdown of the system. BPCB closing failure during the shutdown triggers emergency shutdown in the running unit(s). The system will try to close BPCB again in the emergency shutdown process.
11. Restore breaker controls to normal.
12. Simulate a breaker control failure (fail to charge) on breaker LBCB1.
13. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
14. Breaker charging state is not available to the control system. The resulting breaker switching failure will trigger emergency shutdown of the system, as described in the preceding steps.
15. Restore breaker controls to normal.
16. Simulate a breaker control failure (fail to close) on breaker MGCB2.


© All Rights Reserved

17. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
18. Upon a breaker control failure, both units will trigger emergency shutdown. BPCB is closed instantaneously, and all other breakers are opened.
19. Restore breaker controls to normal.
20. At the loadbank, set the load to 0 kW.

**Remarks:**

| START: | | END: |
|---|---|---|
| AGENT | ENGR | OWNER |
| | | |

J. FAILURE MODE – LOSS OF PRIMARY FUEL OIL TRANSFER PUMP

1. At the Medium Voltage Switchgear, verify that breaker BPCB is closed. Verify that the loadbank is powered.
2. At the PCS for RUPS #1, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
3. At the PCS for RUPS #2, select "Normal Interface" on the Panelview. Graphical interface appears on screen.
4. At the PCS for RUPS #1, press "Start". At the PCS for RUPS #2, press "Start". The second RUPS must be started before the first RUPS is attached to the grid (BPCB is opened). The system sequentially closes ICCB1and ICCB2. The system starts converters on both modules, closes SSCB, starts the flywheel/IMGs spinning, opens SSCB, synchronizes, closes MGCB, accelerates the flywheel to 1980 RPM, closes LBCB1 and LBCB2 and then opens BPCB and goes on the utility grid. Manual transfer to RUPS can be initiated at either local control panel.
5. At the loadbank, set the load to 500 kW.
6. At the PCS for RUPS #1, initiate a Manual Transfer to UPS at the PanelView.
7. When the Lead Fuel Oil Transfer Pump is operating, turn the HAND-OFF-AUTO switch for FOTP #1 to the OFF position. Verify that the Fuel Pump controller starts the Lag Fuel Oil Transfer Pump.
8. Restore power to the Lead Fuel Oil Transfer Pump. Verify that the Lag Fuel Oil Transfer Pump continues to run until it is shut off automatically.
9. Transfer to bypass by pushing "Stop" on the Panelview. Breaker BPCB will close, then breakers LBCB1 and LBCB2 and breakers ICCB1 and ICCB2 will open and the flywheels will spin down.
10. At the loadbank, set the load to 0 kW.

**Remarks:**

| START: | | END: |
|---|---|---|
| AGENT | ENGR | OWNER |
| | | |


© All Rights Reserved

L. MANUAL MODE –TRANSFER TO MAINTENANCE BYPASS

1. At the Medium Voltage Switchgear, verify that breaker BPCB is closed. Verify that the loadbank is powered.
2. At PDS -1, close the Fuse Switch for PDS-4.
3. At PDS-4, close the switch from PDS-1, then open the switch from the Medium Voltage Switchgear.
4. At the Medium Voltage Switchgear, open the Fuse Switch for PDS-4. At the Medium Voltage Switchgear, open breaker UDCB.
5. At PDS-1, open the switch for the Medium Voltage Switchgear. The Medium Voltage Switchgear and the UPS System is now isolated for maintenance.
6. Verify that the Medium Voltage Switchgear is not powered.
7. At PDS-1, open the switch for the Medium Voltage Switchgear.
8. At the Medium Voltage Switchgear, close breaker UDCB.
9. At the Medium Voltage Switchgear, open the Fuse Switch for PDS-4.
10. At the Medium Voltage Switchgear, verify that breaker BPCB is closed.
11. At the Medium Voltage Switchgear, close the Fuse Switch for PDS-4.
12. At PDS-4, close the switch from the Medium Voltage Switchgear, then open the switch from PDS-1.
13. At PDS -1, open the Fuse Switch for PDS-4.
14. The system is now in Bypass and the RUPS System can be restarted.

**Remarks:**

| START: | | END: |
|---|---|---|
| **AGENT** | **ENGR** | **OWNER** |
| | | |

**POST SAT DOCUMENTATION**

1. Reduce the load on the loadbank to 0. Allow the loadbank to cool down and automatically turn the fans off. Open the switch in PDS 4 for the loadbank.
2. Compare vibration data from FAT to that taken during SAT. Report anomalies and any corrective action required.
3. Download, plot and tabulate sound levels with loading of the RUPS and engine operation.
3. Download, plot and tabulate harmonic voltage distortion spectrum and total harmonic voltage distortion for each individual module
4. Remove oil sample from inductor and transformer. Provide test reports on the samples in accordance with NETA ATS paragraph 7.2.2.


© All Rights Reserved

CCG Facilities Integration Incorporated
1500 S. Edgewood Street
Baltimore, Maryland 21227
(410) 525-0010 Fax: (410) 525-1570

**ELECTRICAL ENERGIZATION PROCEDURE**

Project Number: 1284
Project Reference: **NIST BOULDER ELECTRICAL ENERGIZATION PROCEDURE**

# ELECTRICAL ENERGIZATION PROCEDURE

## GENERAL

PURPOSE: Energize the RUPS Medium Voltage Switchgear, inductors and transformers to verify proper electrical rotation and connection. Verify values and phase rotation of metering and sensing circuits for use with the RUPS System.

ESTIMATED DURATION: 8 hours (1 day).

ANTICIPATED RESULT: At the completion of the procedure, all voltage values and phase relationships will be verified and will be ready for further testing of the RUPS System. Inductors and transformers will be tested for input and output voltages.

## EFFECT ON OTHER BUILDING SYSTEMS

The Rotary UPS (RUPS) will be isolated from the load at Manhole #3-B. No campus distribution will be powered from the system during this procedure.

## TEST CONDITIONS

A. DATES AND TIMES: ______________________________

______________________________

______________________________

B. STAFFING

- ☐ Owner's representative. ______________________
- ☐ Engineer. ______________________
- ☐ SatCon Representative ______________________
- ☐ Baldwin Technologies Representative ______________________
- ☐ Electrical Contractor Representative ______________________

3. SPECIAL TEST EQUIPMENT & DOCUMENTATION REQUIRED:

| ITEM | QTY | RESPONSIBLE PARTY |
|---|---|---|
| ☐ Medium Voltage Protection | As Needed | NIST/Riviera |
| ☐ Phase Rotation Meter | 1 | Riviera Electric |
| ☐ Medium Voltage Phasing hotsticks | 1 | Riviera Electric |
| ☐ 2-way radios | 6 | Riviera Electric |
| ☐ Voltmeter | 1 | SatCon |
| ☐ Yokagawa ScopeCorder | 1 | SatCon |


© All Rights Reserved

| | | |
|---|---|---|
| ☐ RUPS O&M Manual | 1 | SatCon |
| ☐ SatCon Revised Drawings | 1 | SatCon |

INITIAL CONDITIONS

1. The RUPS will be fed from the Pad mounted switch at M.H. #1-B through M.H. #2 and M.H. #3-B. The source power is connected to PDS-1 at the RUPS Site. See Diagram #1 and #2 on following pages.
2. All switches in PDS-1 are to be open.
3. At the Medium Voltage Switchgear, breaker UDCB is open; breaker BPCB, breakers ICCB1, ICCB2 and breakers LBCB1 and LBCB2 are open.
4. The Rotary UPS (RUPS) is offline.
5. In the LVSWGR, breakers MGCB, SCCB and CBB are open and all disconnect switches are open. All voltage sensing circuit fuses are removed.

E. PREPARATION

2. Contractor to hi-pot completed cable assemblies. Provide report.
3. SatCon to verify proper installation of components and subsystems. Verify point-to-point connection of power and sensing wiring.
4. NIST Engineering to provide notification of testing as required.
5. NIST Engineering to verify the configuration of the campus electrical distribution.
6. NIST Engineering to verify that proposed load for RUPS is configured as intended.


© All Rights Reserved

DETAIL 1 – PARTIAL CAMPUS ELECTRICAL DISTRIBUTION



**DETAIL 2 – ROTARY UPS SYSTEM ONE-LINE DIAGRAM**





© All Rights Reserved

**PROCEDURE**

A. PRE-STARTUP PROCEDURES

1. Verify that all safety shields are in place.
2. Connect test equipment as required. All test equipment at LVSWGR is to be connected to fused terminals before energizing. All doors on LVSWGR are to be closed and latched.
3. Verify RUPS area free from personnel.
4. Verify RUPS area has no loose items on machines.
5. Verify other personnel working in area are aware of power application and advised of need for safety glasses and of voltage and power levels involved.
6. Verify the absence of condensation or other conductive contamination on circuit under test, and on any test equipment to be used.
7. Verify that the area is clear of debris and obstacles, and that ready access is available to the switchgear and RUPS enclosure.
8. Verify that all CT circuits are shorted.
9. Install the volt meters to record input and output voltages and currents via installed PT and CT circuits.
10. At the Medium Voltage Switchgear, verify initial conditions are met.
11. Connect the output of the RUPS to PDS-4.

B. ENERGIZE THE MEDIUM VOLTAGE SWITCHGEAR

1. At PDS-1, close the incoming switch and the RUPS Switch.
2. At the Medium Voltage Switchgear, energize the PT circuit for the Multifunction Relay and verify that voltage is available. Set up the parameters for the input meter based on the PT and CT ratios. Verify the phase rotation of the PT circuit.
3. At the Medium Voltage Switchgear, close the isolating switch and breaker UDCB. Close the isolating switch and breaker BPCB. Energize the PT circuit for the output meters. Verify the phase rotation of the PT circuit. Set up the parameters for the output meters based on the PT and CT ratios.
4. At the Medium Voltage Switchgear, energize the PTs for the RUPS Sensing circuit. Verify the phase rotation of the PT circuit.
5. At the Medium Voltage Switchgear, close the fuse cabinet for the CPT in section 5 and 8. Close the main circuit breaker for each panel.
6. At the Medium Voltage Switchgear, insert the PT secondary fuses for the meters in the feeder breakers.
7. At the Medium Voltage Switchgear, close the isolating switch and breaker ICCB1.
8. At LVSWGR, measure the voltage at the input terminals of MGCB. Compare the voltage and phase rotation with the phase rotation of the RUPS MG.
9. At the Medium Voltage Switchgear, close the isolating switch and breaker ICCB2. Measure the voltage at the low voltage terminals of the transformer and at the input terminals of MGCB. Compare the voltage and phase rotation with the phase rotation of the RUPS MG.
10. At the Medium Voltage Switchgear, energize the PT circuit for LBCB1. Compare the voltage and phase rotation with the phase rotation of the PTs for the output meters (energized via the closure of BPCB). With protective gear on, open the compartments for the switch and the breaker for LBCB1. Using the phasing sticks, verify that the


© All Rights Reserved

phasing is correct from the line side of the switch to the load side of the breaker mechanism.

11. At the Medium Voltage Switchgear, energize the PT circuit for LBCB2. Compare the voltage and phase rotation with the phase rotation of the PTs for the output meters (energized via the closure of BPCB). With protective gear on, open the compartments for the switch and the breaker for LBCB1. Using the phasing sticks, verify that the phasing is correct from the line side of the switch to the load side of the breaker mechanism.
12. f the rotation is incorrect, de-energize the source and make changes in manhole 3. Once changes are made, a complete retest is required.
13. At the Medium Voltage Switchgear, open breaker UDCB, breaker BPCB, breakers ICCB1, ICCB2. Open the associated isolating switches.
14. At the completion of the procedure, open all switches in PDS-1.

| Potential Transformer | Voltage L-L | Voltage L-N | Rotation |
|---|---|---|---|
| Incoming – Section 8 | | | |
| RUPS Sensing – Section 9 | | | |
| RUPS Voltage Sensing – Sec. 9 | | | |
| Output – Section 6 | | | |
| CPT – Section 6 | | | |
| CPT – Section 9 | | | |
| LBCB1 – Section 2 | | | |
| LBCB2 – Section 1 | | | |
| | | | |

**Remarks:**

| START: | | END: | | |
|---|---|---|---|---|
| **BTI** | **SATCON** | **Riviera** | **CCG** | **NIST** |
| | | | | |


© All Rights Reserved

| Arc Fault Bus Name | Arc Fault Bus kV | Upstream Trip Device Name | Upstream Trip Device Function | Equip Type | Gnd | Arc Gap (mm) | Bolted Fault (kA) | Est Arc Fault (kA) | Trip Time (sec) | Opening Time (sec) | Arc Time (sec) | Est Arc Flash Boundary (inches) | Working Distance (inches) | Incident Energy (cal/cm2) | Required Clothing Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PDS-1 | 13.2 | STS-1 | | Other | X | 153 | 10.447 | 10.214 | 0.227 | 0 | 0.227 | 91.4 | 18 | 6.1 | #2 |
| INPUT SWGR | 13.2 | R-UDCB | 51/50 | Other | X | 153 | 10.423 | 10.191 | 0.01 | 0.083 | 0.093 | 29.9 | 18 | 2.5 | #1 |
| LVSWGR | 0.48 | R-UDCB | 51/50 | Other | | 32 | 44.659 | 18.678 | 5.02 | 0.083 | 5.103 | 956.3 | 18 | 418.7 | Extreme Danger |
| OUTPUT SWGR | 13.2 | R-UDCB | 51/50 | Other | X | 153 | 10.422 | 10.189 | 0.01 | 0.083 | 0.093 | 29.9 | 18 | 2.5 | #1 |
| PDS-3 or PDS-4 | 13.2 | FS-3 | | Other | X | 153 | 10.392 | 10.161 | 0.01 | 0 | 0.01 | 8.8 | 18 | 0.4 | #0 |