# EXHIBIT E

# Baldwin Technologies, Inc.
Environmental and Instrumentation Support Products

## NIST Progress Schedule
## August 16, 2007

1.) NIST must acknowledge receipt of Finalized Energization Plan and Site Acceptance Plan for NIST RUPS Project.

2.) Progress Payment ($150,456.36) from NIST to bring project to 90% completion. Forward $99,880.00 to Satcon and $2,968.35 to Riviera Electric.

3.) Complete Commissioning of RUPS#1, Invoice for $324,616.50. Complete Contract/Order Number #RA1341044B0678 forward $160,984.50 for RUPS#1 and $133,940.00 for RUPS#2 to Satcon.

4.) Complete Commissioning of RUPS#2, Invoice for $209,586.90. Forward $108,000.00 to Satcon (Satcon paid in full) and $50,720.00 to Riviera Electric (Riviera Electric paid in full).

5.) Training and Site cleanup. Invoice for $30,000.00. Closes out Contract/Order Number #RA134106NC0649.

Regards,

Mark H Baldwin
President

4907 Niagara Road, Suite 206 College Park, MD 20740 Phone (301) 345-8977 Fax (301) 345-9538 www.baldwintec.com