# EXHIBIT F

UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
OFFICE OF ACQUISITION AND GRANTS
Mountain Region Acquisition Division
325 Broadway, MC3
Boulder, Colorado 80305-3328

August 22, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED AND VIA FAX**

Mr. Mark Baldwin, President
Baldwin Technologies, Inc.
4907 Niagara Road
College Park, MD 20740-1100

**SUBJECT: SHOW CAUSE NOTICE – GSA CONTRACT GS07F0718N, ORDER NUMBERS RA1341-04-4B-0678 AND RA1341-06-NC-0649**

Dear Mr. Baldwin:

On June 22, 2007, I sent you a Cure Notice because of your failure to coordinate and manage the above referenced NIST RUPS requirements, to comply with the performance schedule established for the project as identified and incorporated into the cited orders by modifications dated June 1, 2007. The specific issues included energizing switchgear/XFMRS, point-to-point testing, and failure to identify a date for equipment power-up, along with providing a preventive action plan should a power surge or outage occur on the facility. We were given notice from one of your subcontractors, SatCon, by e-mail dated July 20, 2007 that they have not been paid and will perform no further work until receipt of past due payment. The other subcontractor, Riviera Electric, also has not been paid and is no longer performing on the site. Further, last week we had a conversation on August 16, 2007 in which you stated you would provide two separate schedules on completing performance, and how you would pay your subcontractors monies past due for services performed along with any of their future invoices against the above referenced orders. Additionally, at that meeting we discussed pictures e-mailed to you, which show you that the site conditions are in a dangerous and unacceptable state. Along with the other issues, you indicated that you would immediately take care of this. As of this date, you have failed to pay your subcontractors, establish a payment schedule, establish a performance schedule, and to perform the work. Contract completion has passed and you have failed to complete the project.

Since you have failed to cure the above referenced conditions and have endangered the performance of both orders, the Government is moving forward

In regard to your request to have your subcontractor Riviera Electric on site during commissioning, NIST cannot agree to your request at this time without an explanation as why this is necessary. Please provide to me in writing for review and consideration why Riviera needs to be present during the commissioning.

I note that your other subcontractor, SatCon does have employees on the jobsite since the Cure Notice was issued on June 22, 2007. SatCon is progressing with correcting design flaws in the product rather than the work asked to be performed in the orders and Cure Notice. I also note milestones that were identified in the response to the Cure Notice have not been met. These milestones are energizing of the switchgear/XRMRS scheduled for July 7, 2007; and point-to-point checks scheduled to begin July 17, 2007, both of which you agreed to do in your letter dated June 29, 2007. This condition endangers the completion of the contract and if you do not cure this situation, the Government is considering termination for cause. Please note that you have a duty to proceed under the contract even if you do not fully agree with what I have set forth in this letter.

We would like to discuss how termination action can be prevented and the job completed in a timely manner. Please contact Contract Specialist Missy Capitani at (303) 497-5534 to schedule a meeting for this purpose.

Respectfully,

Nancy M. Gertler

Nancy M. Gertler
Chief, Contracting Branch
Mountain Region Acquisition Division (MRAD)

cc:
COTR, Bryan Faktor (NIST 194)
Project Manager, Chris Colburn (NIST 194)