# EXHIBIT I

BALDWIN TECHNOLOGIES, INC.
ENVIRONMENTAL AND INSTRUMENTATION SUPPORT PRODUCTS

# NIST - BOULDER CO. PRICING SCHEDULE

## SATCON ROTARY UPS INSTALLATION

BTI GSA CONTRACT GS-07F-0718N
BASE BID PRICING – (1 MODULE RUPS SYSTEM)
9/13/04

| | |
|---|---|
| **1.) SATCON EQUIP. (1) RUPS**<br>2200KVA EACH AT 13.2KV OUTPUT | $ 1,504,601 |
| **2.) SWITCHGEAR ADDITION:**<br>OUTDOOR NON-WALK-IN CONSTRUCTION WITH FIX MOUNTED VACUUM BREAKERS (ADDITIONAL COST FOR WALK-IN CONFIGURATION = $ 144,000) | $ 310,408 (OPEN MKT) |
| **3.) QTY (1) RUPS SOUND ATTENUATION ENCLOSURES** | $ 120,900 |
| **4.) QTY (1) CENTRAL CONTROL MODULE FOR UP TO (4) RUPS** | $ 56,420 |
| **5.) INSTALLATION OF (1) RUPS SYSTEMS:**<br>BASE BID WITH PDS 1, 2 & 4 PER RIVIERA ELECTRIC QUOTATION | $ 579,313 |
| **6.) RIGGING OF (1) RUPS SYSTEMS** | $ 63,473 |
| **7.) DESIGN ENGINEERING, LAYOUT OF (4) RUPS SYSTEM** | $ 251,875 |
| **8.) QTY (1) 6,000 GALLON UL285 FUEL TANK** | $ 36,270 |
| **9.) QTY (1) CFM FUEL CLEANER SIZED FOR (2) 6,000 GAL FUEL TANKS** | $ 38,285 |
| **10.) PROGRAM / PROJECT MANAGEMENT** | $ 35,263 |
| **11.) TRAVEL** | $ 15,113 |
| **12.) FREIGHT** | $ 50,375 |
| **BASE BID TOTAL** | **$ 3,062,293** |
| | |

# BALDWIN TECHNOLOGIES, INC.
ENVIRONMENTAL AND INSTRUMENTATION SUPPORT PRODUCTS

| | |
|---|---|
| AA-1.) PDS-3 & PDS-5 ADD ALTERNATE | $ 183,869 |
| AA-2.) SUPPLEMENTAL INSTALLATION SUPERVISION – CUPERTINO ELECTRIC (NOT-TO-EXCEED) | $ 75,000 |

**PROJECT TOTAL:** **$3,246,162**
**(INCLUDING ALL PDS'S (AA-1), AND FIXED MOUNTED OUTDOOR ENCLOSED SWITCHGEAR. DOES NOT INCLUDE $75,000 FOR AA-2.) SUPPLEMENTAL INSTALLATION SUPERVISION – CUPERTINO ELECTRIC (NOT-TO-EXCEED))**

**ORDERING:** BALDWIN TECHNOLOGIES, INC.
ATTN: MARK BALDWIN

**TERMS** PROGRESS PAYMENTS, LINE ITEMS 1 & 2 PAYMENT TO SATCON, INC.
PAYMENT PLAN TO BE DETERMINED

**GSA NUMBER** GS-07F-0718N – DUE UPON RECEIPT

**WARRANTY** 1 YEAR PARTS & LABOR

**FUEL:** INCLUDED FOR TESTING ONLY, RECOMMEND THAT NIST CONTRACT DIRECTLY WITH LOCAL SUPPLIER UPON PROJECT COMPLETION

BALDWIN TECHNOLOGIES, INC.
ENVIRONMENTAL AND INSTRUMENTATION SUPPORT PRODUCTS

# NIST - BOULDER CO. PRICING SCHEDULE

## SATCON ROTARY UPS INSTALLATION

BTI GSA CONTRACT GS-07F-0718N
2ND RUPS INSTALLATION - ADD ALTERNATE TO BASE BID
9/13/04

| | |
|---|---|
| **1.) SATCON EQUIP. (1) RUPS**<br>2200KVA EACH AT 13.2KV OUTPUT | $ 1,504,601 |
| **2.) SWITCHGEAR ADDITION:** | - ($ 25,286) |
| **3.) QTY (1) RUPS SOUND ATTENUATION ENCLOSURES** | $ 120,900 |
| **4.) QTY (1) CENTRAL CONTROL MODULE FOR UP TO (4) RUPS** | N/A – INCLUDED IN BASE BID PRICING |
| **5.) INSTALLATION OF (1) RUPS SYSTEMS** | $ 272,025 |
| **6.) RIGGING OF (1) RUPS SYSTEMS** | $ 4,033 |
| **7.) DESIGN ENGINEERING, LAYOUT OF (4) RUPS SYSTEM** | N/A – INCLUDED IN BASE BID PRICING |
| **8.) QTY (1) 6,000 GALLON UL285 FUEL TANK** | N/A – INCLUDED IN BASE BID PRICING |
| **9.) QTY (1) CFM FUEL CLEANER SIZED FOR (2) 6,000 GAL FUEL TANKS** | N/A – INCLUDED IN BASE BID PRICING |
| **10.) PROGRAM / PROJECT MANAGEMENT** | N/A – INCLUDED IN BASE BID PRICING |
| **11.) TRAVEL** | N/A – INCLUDED IN BASE BID PRICING |
| **12.) FREIGHT** | $ 50,375 |
| **BID TOTAL** | **$ 1,926,648** |
| **AA-1.) SUPPLEMENTAL INSTALLATION SUPERVISION – CUPERTINO ELECTRIC (NOT TO EXCEED)** | $ 25,000 |

BALDWIN TECHNOLOGIES, INC.
ENVIRONMENTAL AND INSTRUMENTATION SUPPORT PRODUCTS

**PROJECT TOTAL:** **$ 1,926,648**

**(PRICING DOES NOT INCLUDE $25,000 FOR AA-1.) SUPPLEMENTAL INSTALLATION SUPERVISION – CUPERTINO ELECTRIC. (NOT TO EXCEED))**
**(PRICING IS CONTINGENT UPON PERFORMING 2ND RUPS INSTALLATION WORK IN CONJUNCTION WITH 1ST RUPS INSTALLATION AS A COMPLETE 2 RUPS SYSTEM INSTALLATION. THIS PRICE IS GOOD FOR 30 DAYS FROM DATE OF THIS PROPOSAL.)**

| | |
|---|---|
| **ORDERING:** | **BALDWIN TECHNOLOGIES, INC.**<br>**ATTN: MARK BALDWIN** |
| **TERMS** | **PROGRESS PAYMENTS, LINE ITEMS 1 & 2 PAYMENT TO SATCON, INC.**<br>**PAYMENT PLAN TO BE DETERMINED** |
| **GSA NUMBER** | **GS-07F-0718N – DUE UPON RECEIPT** |
| **WARRANTY** | **1 YEAR PARTS & LABOR** |
| **FUEL:** | **INCLUDED FOR TESTING ONLY, RECOMMEND THAT NIST CONTRACT DIRECTLY WITH LOCAL SUPPLIER UPON PROJECT COMPLETION** |

4907 NIAGARA ROAD, SUITE 206 • COLLEGE PARK, MD 20740 • PHONE (301) 345-8977 • FAX (301) 345-9538 • WWW.BALDWINTEC.COM