# EXHIBIT J

# Baldwin Technologies, Inc.

Environmental and Instrumentation Support Products

**NIST – BOULDER CO. PHASE II PRICING**
**2ND MODULE SATCON ROTARY UPS INSTALLATION**
**BTI GSA CONTRACT GS-07F-0718N**
**February 2, 2006**

| | | |
|---|---|---|
| 1.) | Satcon Equip (1) Rups<br>2200KVA Each At 13.2KV Output | $1,504,601.00 |
| 2.) | Switchgear Addition<br>Outdoor Non-Walk-In Construction<br>with Fix Mounted Vacuum Breakers | $ 94,375.00 |
| 3.) | Qty (1) Rups Sound Attenuation<br>Enclosure | $ 173,312.00 |
| 4.) | Installation of Rups Systems<br>Power to terminate at upgraded 200 amp overhead<br>Campus Distribution connection per<br>Attached drawings | $ 357,500.00 |
| 5.) | Rigging of (1) Rups System | $ 63,000.00 |
| 6.) | Design Engineering | $ 112,500.00 |
| 7.) | Program / Project Management | $ 25,000.00 |
| 8.) | System Testing Two (2) Rups Units at<br>3.5 Megawatt load | $ 39,500.00 |
| 9.) | Delivery | $ 100,000.00 |
| **BASED BID TOTAL** | | $2,469,788.00 |
| Deduct Module 1 load Bank Test | | $ 29,950.00 |
| Price with module 1 load bank test deduct | | **$2,439,838.00** |

# Baldwin Technologies, Inc.

Environmental and Instrumentation Support Products



Ordering: Baldwin Technologies, Inc.

Terms: Progress payments same as Phase I - 20% with P.O.;
30% Submittals; 30% FAT; 10% Delivery; 10% Startup
GSA Pricing GS-07F-0718N
Sales Tax not included in quotation

Warranty: 1 year Parts and Labor

Testing: NIST to supply fuel for testing

Regards,

Mark Baldwin, President

4907 Niagara Road, Suite 206 ● College Park, MD 20740 ● Phone (301) 345-8977 ● Fax (301) 345-9538 ● www.baldwintec.com